Certificate Number: 14912-ARE-DE-040348281

Bankruptcy Case Number: 20-13323

14912-ARE-DE-040348281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2025, at 8:01 o'clock PM EST, Mia Yeargin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: November 24, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor